**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Arthur ROZIER, Defendant—
Appellant.**

**No. 09–7594.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 19, 2009.

Decided: Dec. 4, 2009.

Arthur Rozier, Appellant pro se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Kimberly Ann Moore, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Rozier appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Rozier,* No. 7:01–cr–00039–F–2 (E.D.N.C. Aug. 6, 2009). We dispense with oral argument

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*